IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00232-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES DISHMON,

    Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. ECF No. 51. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on June 5, 2014;

THAT a Preliminary Order of Forfeiture was entered on March 4, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on May 5, 2015;

THAT, as of May 5, 2015 no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

1

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the One Raven Arms Model MP-25 .25 caliber semi-automatic pistol with approximately four rounds of ammunition shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited One Raven Arms Model MP-25 .25 caliber semi-automatic pistol with approximately four rounds of ammunition and may dispose of it in accordance with law;

SO ORDERED this 16th day of June, 2015.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge